# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| EDDIE WAYNE GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-2713-T-An |
| | ) | |
| DAVID MILLS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION TO APPOINT COUNSEL

Plaintiff has filed a *pro se* petition under 28 U.S.C. § 2254. The petition has been transferred to the Eastern Division pursuant to 28 U.S.C. § 2241. Plaintiff's motion for the appointment of counsel [Docket # 2] is DENIED as premature. Plaintiff may re-file his motion after his petition has been screened.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

13 September 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 9/14/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02713 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Eddie Wayne Gordon
WEST TENNESSEE STATE PENITENTIARY
101189
P.O. Box 1150
Henning, TN 38041

Honorable James Todd
US DISTRICT COURT